IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:06-CV-222-D

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| RAILINC CORP., | ) ) |
| Defendant. | ) ) |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action with prejudice.

This the 20th day of October, 2006.

Respectfully submitted,

/s/Wade M. Smith
Attorney for Plaintiffs
Tharrington Smith, L.L.P.
209 Fayetteville Street Mall
Raleigh, North Carolina 27601
Telephone: (919) 821-4711
Fax: (919) 829-1583
E-mail: wsmith@tharringtonsmith.com
State Bar No. 4075
LR 83.1 Counsel

/s/ F. Hill Allen
Attorney for Plaintiffs
Tharrington Smith, L.L.P.
209 Fayetteville Street Mall
Raleigh, North Carolina 27601
Telephone: (919) 821-4711
Fax: (919) 829-1583
E-mail: hallen@tharringtonsmith.com
State Bar No. 18884
LR 83.1 Counsel

OF COUNSEL
Matthew G. McAndrews
Frederick C. Laney
Robert A. Conley
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Facsimile: (312) 236-3137

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:06-CV-222-D

ARRIVALSTAR S.A. and MELVINO )
TECHNOLOGIES LIMITED, )
)
              Plaintiffs, )
)
v. )
)
RAILINC CORP., )
)
              Defendant. )

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system:

    Robert C. Van Arnam, Esq.
    Hunton & Williams LLP
    P.O. Box 109
    Raleigh, NC 27602
    State Bar No. 28838
    rvanarnam@hunton.com

    /s/ F. Hill Allen
    Attorney for Plaintiffs
    Tharrington Smith, L.L.P.
    209 Fayetteville Street Mall
    Raleigh, North Carolina 27601
    Telephone: (919) 821-4711
    Fax: (919) 829-1583
    E-mail: hallen@tharringtonsmith.com
    State Bar No. 18884
    LR 83.1 Counsel